IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 08- 106 |
| ) | |
| NELSON AVILES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FELONY INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about June 23, 2008, in the State and District of Delaware, NELSON AVILES, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a 380 caliber Bersa semi-automatic handgun, serial number 681818, after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Felony Information, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but

not limited to the following:

1. 380 caliber Bersa semi-automatic handgun, serial number 681818 and

2. Five (5) rounds of ammunition.

COLM F. CONNOLLY
UNITED STATES ATTORNEY

BY: _____
Geoffrey G. Grivner
Special Assistant United States Attorney