IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 08- 106 |
| | ) |
| NELSON AVILES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MOTION FOR HEARING
TO CONSIDER WAIVER OF INDICTMENT
AND GUILTY PLEA

Now comes the United States of America, by and through its counsel, Colm F. Connolly, United States Attorney and Geoffrey G. Grivner, Special Assistant United States Attorney, and the defendant, Nelson Aviles, by and through his counsel, Luis A. Ortiz, Esq. and hereby respectfully request that the Court schedule and conduct a hearing to consider and accept the defendant's waiver of indictment and guilty plea. In support, the parties allege:

1. The defendant and his counsel have signed a waiver of indictment in the above case and the defendant desires to enter a guilty plea pursuant to an already executed plea agreement once the matter is scheduled before a District Court Judge. *See* Exhibit 1 (copy of waiver of indictment). At the time of the filing of this motion, a copy of this executed plea agreement will be submitted

to the Clerk"s Office for consideration by the District Court Judge when that Judge is assigned to the case.

Wherefore, for the above-stated reason, the parties respectfully request that the Court schedule and hold a hearing at the Court's earliest convenience to consider and accept the defendant's: 1) waiver of indictment and 2) guilty plea.

Respectfully submitted,

COLM F. CONNOLLY
UNITED STATES ATTORNEY

by *[signature]*
Geoffrey G. Grivner
Special Assistant U.S. Attorney

*[signature]*
Luis A. Ortiz, Esq.
Attorney for Defendant

Date: 7-21-08

Date: 7-21-08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Case No. 08-106 |
| | ) |
| NELSON AVILES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Based upon the allegations in the Joint Motion For Hearing To Consider Waiver of Indictment and Guilty Plea, the Court hereby schedules a hearing for the Defendant to proffer his waiver of indictment and guilty plea at _____ (a.m.)(p.m.) on _____, 2008 in Courtroom ___.

_____
United States District Court Judge

Date: July __, 2008