IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 08-106 GMS |
| ) | |
| NELSON AVILES ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 4th day of September, 2008, having been advised by counsel that defendant intends to plead guilty to the felony information;

IT IS ORDERED that an initial appearance/plea hearing is scheduled for **Monday, September 15, 2008, at 4:30 p.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **September 15, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE